[No. 15228-2-II.    Division Two.    February 25, 1994.]

*In the Matter of the Marriage of* LINDA K. KENDALL, *Respondent, and* CHARLES R. KENDALL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-3-05163-6, Nile E. Aubrey, J., entered August 9, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 29255-2-I.    Division One.    February 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FORD LAVON POWELL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 91-1-00005-0, Gilbert E. Mullen, J., entered September 16, 1991. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Baker, J., and Forrest, J. Pro Tem.

[No. 30616-2-I.    Division One.    February 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT L. MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00189-1, Richard J. Thorpe, J., entered April 10, 1992. *Vacated* and *remanded* by unpublished per curiam opinion.